**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| REGINA GUTIERREZ, | : | Case No. 1:18-cv-00876 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| STONEMOR PARTNERS G.P., LLC, | : | |
| | : | |
| Defendant. | : | |

---

## CONDITIONAL ORDER OF DISMISSAL

---

The Court has been advised by Magistrate Judge Stephanie K. Bowman that this case has been successfully mediated and settled.

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *__/s/ Matthew W. McFarland__*
JUDGE MATTHEW W. McFARLAND